IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

---------------------------------------------------------x
KONINKLIJKE PHILIPS ELECTRONICS N.V.,

                Plaintiff,                    CIVIL ACTION NO.
                                              04-CIV-01564-SCR
                                              ECF CASE

           -against-

APEX DIGITAL, INC.,

                Defendant.
---------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned stipulate pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure to the dismissal of the above-captioned action with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: 7/1/04

_____
Garrard Beeney (GB 1345)
Edward D. Johnson (EJ 5259)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Fax: (212) 558-4371

Attorneys for Plaintiff

_____
Lawrence Jay Braunstein
BRAUNSTEIN & ZUCKERMAN, ESQS.
123 Main Street, 17th Floor
White Plains, New York 10601

Attorneys for Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

White Plains, NY
July 26, 2004

So Ordered:

_____
U.S.D.J.

PALOALTO:26769.1